UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SAMUEL P. SCANLAN and<br>OSCEOLA SCANLAN | CIVIL ACTION<br>NO. 06-8962 |
| VERSUS | |
| FLANDER DENNIS AND STATE FARM<br>INSURANCE COMPANY | SECTION M |

### ORDER

Before the Court is Plaintiffs' Motion to Remand, which is opposed by Defendant, State Farm Fire and Casualty Company (State Farm), and which came for hearing on December 13, 2006, on the briefs. After consideration of the motion, the opposition and the applicable law, the Court grants the motion.

Plaintiffs Samuel and Osceola Scanlan brought suit the Civil District Court for the Parish of Orleans against their insurance agent, Flander Dennis, and State Farm for damages to their home at 5363 Chamberlain Drive in New Orleans. The Scanlans allege that Dennis was negligent and breached his fiduciary duty to them as a result of the procurement of flood insurance, particularly with regard to gaps or differentials in such coverage limits as compared to plaintiffs' homeowner coverage limits. State Farm removed the action to this Court and the Scanlans filed this Motion to Remand.

Plaintiffs' original petition states causes of action under Louisiana law for errors and omissions as well as breach of fiduciary duty. These allegations, taken as fact, provide the basis for a viable action against a non-diverse defendant, thereby defeating federal jurisdiction.

**Accordingly**, the matter is **Remanded** to the Civil District Court for the Parish of Orleans.

New Orleans, Louisiana, this 22nd day of December, 2006.

_____
Peter Beer
United States District Court